IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDRA RIGGINS, on behalf of herself and all others similarly situated,<br><br>    *Plaintiff,*<br> v.<br>PIONEER BANK,<br><br>    *Defendant.* | 1:23-cv-01534-DNH-DJS |

**DEFENDANT PIONEER BANK'S NOTICE OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and (6)**

**PLEASE TAKE NOTICE**, that, upon the accompanying memorandum of law and all other papers and proceedings had herein, defendant Pioneer Bank, through its undersigned counsel, will and hereby does move this Court, before the Honorable David N. Hurd, U.S.D.J., United States District Court for the Northern District of New York, at the Alexander Pirnie Federal Building and U.S. Courthouse in Utica, New York, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing the complaint of plaintiff Sidra Riggins for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

Pursuant to Local Civil Rule 7.1(a), any opposition to this motion shall be filed on or before March 25, 2024, and any reply papers shall be filed on or before April 1, 2024.

*[Attorney signature on following page]*

Dated: March 4, 2024         DLA PIPER LLP (US)
       New York, New York

                             By: */s/ Robert J. Alessi*

                             Robert J. Alessi (NDNY Bar Roll No. 101019)
                             Steven M. Rosato (NDNY Bar Roll No. 703375)
                             1251 Avenue of the Americas
                             New York, NY 10020
                             Tel.: (212) 335-4500
                             robert.alessi@us.dlapiper.com
                             steven.rosato@us.dlapiper.com

                             Courtney Saleski (NDNY Bar Roll No. 703877)
                             Aaron J. Shaddy (*Admission pending*)
                             1650 Market Street - Suite 5000
                             Philadelphia, PA 19103
                             Tel.: (215) 656-3300
                             courtney.saleski@us.dlapiper.com
                             aaron.shaddy@us.dlapiper.com

                             *Counsel for Defendant Pioneer Bank*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties in this action/known counsel of record via the CM/ECF system on this 4th day of March, 2024.

              */s/ Robert J. Alessi*
              Robert J. Alessi (NDNY Bar Roll No. 101019)