**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

SIDRA RIGGINS, on behalf of herself and all
others similarly situated,

                                *Plaintiff,*

    *v.*

PIONEER BANK,

                                *Defendant.*

1:23-cv-01534-DNH-DJS

## JOINT STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.  Pursuant to L.R. 17.1 and 41.3, the parties certify that no party hereto is an infant or incompetent.

*[Signatures on next page]*

Dated: July 5, 2024
New York, New York

*/s/ Tyler B. Ewigleben*                    By: */s/ Robert J. Alessi*

JENNINGS PLLC                              DLA PIPER LLP (US)
Tyler B. Ewigleben (NY Bar Roll No.        Robert J. Alessi (NDNY Bar Roll No.
704117)                                     101019)
P.O. Box 25972                             Steven M. Rosato (NDNY Bar Roll No.
Little Rock, AR 72221                       703375)
Tel: (317) 695-1712                        1251 Avenue of the Americas
Email: chris@jenningspllc.com              New York, NY 10020
Email: tyler@jenningspllc.com              Tel.: (212) 335-4500
Email: winston@jenningspllc.com            robert.alessi@us.dlapiper.com
                                           steven.rosato@us.dlapiper.com

*Counsel for Plaintiff Sidra Riggins*
                                           Courtney Saleski (NDNY Bar Roll No.
                                           703877)
                                           Aaron J. Shaddy (NDNY Bar Roll No.
                                           705266)
                                           1650 Market Street - Suite 5000
                                           Philadelphia, PA 19103
                                           Tel.: (215) 656-3300
                                           courtney.saleski@us.dlapiper.com
                                           aaron.shaddy@us.dlapiper.com

IT IS SO ORDERED:                          *Counsel for Defendant Pioneer Bank*

David N. Hurd
U.S. District Judge

Dated: 07-08-2024